| | | | |
|---|---|---|---|
| | AUSA: Nicholas McIntyre | Telephone: (313) 226-9100 | |
| AO 91 (Rev. 11/11) Criminal Complaint | Special Agent: Timothy Madison | Telephone: (313) 202-3400 | |

# UNITED STATES DISTRICT COURT
for the

Eastern District of Michigan

United States of America
   v.

Raymond Clark

Case No. 26-mj-30461

**CRIMINAL COMPLAINT**

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of _____July 30, 2026_____ in the county of _____Wayne_____ in the _____Eastern_____ District of _____Michigan_____, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 922 (g)(1) | Felon in possession of ammunition |

This criminal complaint is based on these facts:

☑ Continued on the attached sheet.

_____
*Complainant's signature*

Timothy Madison, Special Agent
*Printed name and title*

Sworn to before me and signed in my presence
and/or by reliable electronic means.

Date: _____July 31, 2026_____

_____
*Judge's signature*

City and state: _Detroit, MI_

Hon. Elizabeth A. Stafford, U.S. Magistrate Judge
*Printed name and title*

**AFFIDAVIT IN SUPPORT OF**
**CRIMINAL COMPLAINT AND ARREST WARRANT**

I, Timothy Madison, Special Agent for the Bureau of Alcohol, Tobacco, Firearms and Explosives, being duly sworn, hereby depose and state as follows:

**INTRODUCTION**

1. I am a Special Agent (S/A) with the Bureau of Alcohol, Tobacco, Firearms and Explosives (ATF) and began my tenure with the ATF on March 13, 2022. I am currently assigned to the Detroit Homicide Task Force (HTF), which is comprised of investigators from the Detroit Police Department (DPD), Michigan State Police (MSP) and the ATF.

2. Prior to this, I was employed by the Michigan State Police for more than eight years where I worked various specialty assignments, including directed patrol, undercover narcotics, and special investigations. During my time with the MSP, I initiated more than one hundred felony investigations as the lead detective. During my investigations, I drafted more than three hundred warrant affidavits and participated in hundreds of search warrant and arrest operations. These investigations often included both state and federal violations and consisted of crimes of violence, firearms, and drug trafficking.

3. This affidavit is in support of criminal complaint and application for an arrest warrant for Raymond CLARK for the crime of felon in possession of ammunition, Title 18 U.S.C. § 922(g)(1).

4.     The facts in this affidavit come from my review of police reports, training, experience, conversations with ATF Special Agents and information provided by other sworn law enforcement officers.  This affidavit is intended to show that there is sufficient probable cause and does not set forth all information known to law enforcement regarding this investigation.

## SUMMARY OF THE INVESTIGATION

5.     On February 24, 2026, MSP responded to investigate a non-fatal shooting that occurred at a business in Royal Oak Twp located on the 20000 block of Wyoming Ave, within the Eastern District of Michigan.  During the shooting, one victim was shot in the neck and received serious but non-fatal injuries.  CLARK emerged as suspect during that investigation.

6.     Investigators later obtained a search warrant for CLARK's residence in further investigating CLARK.

7.     On March 24, 2026, ATF Agents, TFO's, and members MSP executed a search warrant at CLARK's residence. Upon entering the residence, agents observed CLARK coming from a first-floor bedroom. During a search of the same room, which is later confirmed to be CLARK's bedroom, two firearms were located. One firearm was in CLARK's bed, and another firearm was in CLARK's closet under his jacket. As a result of this investigation, CLARK is under indictment (26-cr-20228) for felon in possession of firearms in the United States

2

Court in the Eastern District of Michigan and is on pretrial release with home incarceration at the same residence.

8. On July 30, 2026, DPD officers received reports that CLARK had assaulted his child's mother with a firearm inside his residence. His child's mother further reported that she and CLARK were in an argument the night before because she refused to have sex with him.

9. The next morning CLARK woke her up from sleeping and told her to leave his house. During the altercation, CLARK pulled a black pistol from his waistband and pointed it at her forcing her and her children to leave a gun point.

10. During an interview with police, CLARK's child's mother informed them that CLARK was currently in possession of two firearms, one black pistol and one gold pistol.

11. The victim specifically said CLARK hides the firearms under the living room couch and in the air vents in the basement above the furnace.

12. Following the assault, DPD officers responded to CLARK's residence and arrested him. DPD did not search the residence at that time.

13. On July 30, 2026, I applied for and obtained a federal search warrant for CLARK's residence.

14. ATF agents and TFO's subsequently searched CLARK's residence and located three different calibers of ammunition in different locations of the home.

15. One round of 9mm ammunition was located in the dinning room on top of speaker next to CLARK's U.S. Pretrial Services home incarceration tether unit.

16. One round of .40 caliber ammunition was located in the laundry room sink in the basement in an area where several items that were believed to be CLARK's were located.

17. Two boxes of .22 caliber ammunition were located in the basement on top of air vent near the furnace in the same general vicinity where his child's mother said he hides a firearm.

18. The presents of the ammunition within the home further supports the statement of the victim that CLARK was unlawfully in possession of firearms and had threatened her with a firearm earlier in the day.

**Prohibited Status**

19. On March 24, 2026, I reviewed CLARKS's Computerized Criminal History from the Law Enforcement Information Network (LEIN) and records obtained from the Michigan Department of Corrections and learned that CLARK had been previously convicted of the following felony offenses.

  a. In case 06-002570-01-FH, on or about January 31, 2006, CLARK was charged with one count of felonious assault and one count of felony firearm. On or about June 8, 2006, CLARK was found guilty as charged in Wayne County's Third Circuit Court of Michigan. CLARK was

4

sentenced to a period of two years' incarceration with the Michigan Department of Corrections, followed by a term of probation.

b. In case 10-004903-01-FH, on or about April 11, 2010, CLARK was charged with one count of felony uttering and publishing. On or about May 5, 2010, CLARK pleaded guilty to a reduced count of felony uttering and publishing—attempt in Wayne County's Third Circuit Court of Michigan. CLARK was initially sentenced to a period of probation. However, he violated probation and was sentenced to one month imprisonment in the Wayne County jail. His probation was closed in 2015.

20. According to records obtained from MDOC, on or about October 23, 2025, CLARK filed a petition to set aside his felony convictions for felonious assault and felony firearm. Based on this information, and the fact that CLARK served at least two years' incarceration, and CLARK is on active pretrial release for a pending charge of felon in possession of a firearm (26-cr-20228) there is probable cause to believe CLARK is aware of his status as a convicted felon, prohibited by federal law from possessing firearms and ammunition.

**Interstate Nexus**

21. On July 31, 2026, ATF Interstate Nexus Expert S/A Joshua McLean was provided with a verbal description of the headstamps of the ammunition located

5

inside CLARK's residence which included 9mm Luger CBC, .40 caliber S&W CBC, and .22 LR caliber Remington.

22.    S/A McLean advised the ammunition was manufactured outside of the state of Michigan and thus concluded it would have traveled in and affected interstate or foreign commerce.

## CONCLUSION

23.    Probable cause exists that Raymond CLARK, a convicted felon aware of his felony convictions, was in possession of ammunition, manufactured outside the state of Michigan, in violation of Title 18, U.S.C. § 922(g)(1).

_____
Timothy Madison
ATF Special Agent

Sworn to before me and signed in my
presence and/or by reliable electronic means.

_____
HON. Elizabeth A. Stafford
UNITED STATES MAGISTRATE JUDGE

Date:    July 31, 2026
_____